AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Trudi Hansen

             Petitioner,

**JUDGMENT IN A CIVIL CASE**

V.

Commissioner Jo Anne B. Barnhart

Case Number: : 2:06-cv-01509-ECR-RJJ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Judgment on Attorneys Fees is hereby entered in favor of Petitioner Richard E. Donaldson's in the amount of $20,005.25..
IT IS FURTHER ORDERED that Petitioner Richard E. Donaldson refund $7,000.00, the amount awarded by this court to Plaintiff Trudi Hansen.

7/16/2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Sutawnee Duckro

(By) Deputy Clerk